**The order below is signed.**

The debtor valued the car at $12,000 and it would make little sense to reaffirm a $17,000 debt if the car is worth that little.  Even if the car is worth $17,000, the interest rate of 15.45% is sky high.  If the debtor rescinds the reaffirmation agreement, there is no suggestion that the creditor would repossess the car so long as the debtor is current on payments.  (Upon the debtor's rescinding, the court could issue with the debtor's consent an order making clear that she remains obligated to keep the car insured and not to interfere with repossession efforts.)  If the debtor nevertheless insists on not rescinding the agreement, she should consider paying off the debt as quickly as possible to put an end to the high interest rate eating away at her earnings.  (Her schedules suggest she could make a double payment each month with ease.)

The court, however, will not deny an enlargement of time to file the reaffirmation agreement based on its view of the wisdom of entering into the reaffirmation agreement.

Dated: November 21, 2012.



_____
S. Martin Teel, Jr.
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: TRACI M. HAMILTON | : |
| | : Case No. 12-00542 |
| | : |
| Debtor | : (Chapter 7) |
| _____ | : |

### ORDER GRANTING MOTION TO FILE A REAFFIRMATION AGREEMENT

Upon consideration of the Debtor's Motion to Enlarge Time to File a Reaffirmation Agreement, and it appearing that the relief requested is in the interest of justice, it is hereby ORDERED that the time for filing a reaffirmation agreement be enlarged by 14 days, until November 27, 2012.

Copies to:

Trustee
Debtor
Counsel for Debtor

END OF ORDER